IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL DE JESUS,

    Plaintiff,

v.                          CIVIL NO. 98-2002 (RLA)

VNU WORLD DIRECTORIES,
PUERTO RICO BRANCH,

    Defendant.

## JUDGMENT

The Stipulation for Voluntary Dismissal with Prejudice, filed by the parties (docket No. **14**) is **GRANTED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE** without the imposition of costs or attorney's fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 22nd day of September, 1999.

                                  RAYMOND L. ACOSTA
                              United States District Judge

AO 72
(Rev 8/82)